UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

H-D MICHIGAN, INC. AND HARLEY-
DAVIDSON MOTOR COMPANY
GROUP, INC., d/b/a HARLEY-
DAVIDSON MOTOR COMPANY

    Plaintiffs,

v.                                        Case No. 3:05-cv-423-J-20HTS

#1 D.I.C.K., INC., d/b/a KAT'Z
HIDE-A-WAY SALOON,
AND RONALD K. WALKER,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiffs' Notice of Dismissal Without Prejudice (Doc. No. 5, filed 8/09/2005). Therefore, the case is **DISMISSED WITHOUT PREJUDICE** and the Clerk is directed to close the file.

    **DONE AND ENTERED** at Jacksonville, Florida, this _10_ day of August, 2005.

                                              HARVEY E. SCHLESINGER
                                              United States District Judge

Copies to:
David M. Kelly, Esq.
John A. Tucker, Esq.
Jonathan M. Gelchinsky, Esq.
Garry Randolph, CRD